# Court of Appeals of the State of Georgia

ATLANTA,  November 07, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0600. JASON GERVAIS v. MICHAEL MORRISON et al.

In this civil action, plaintiff Jason Gervais appeals the trial court's order denying his "Motion for Protective Order and Motion for Reconsideration of Order on Remote Depositions." We, however, lack jurisdiction.

Because the action remains pending below, Gervais was required to comply with the interlocutory appeal procedures to appeal the trial court's order. Although Gervais concedes in his notice of appeal that the order at issue is interlocutory, he has failed to follow the correct procedure for seeking review, which includes obtaining a certificate of immediate review from the trial court and filing an application for interlocutory appeal with this Court. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). Gervais's failure to comply with the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/07/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.